# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

## CORRECTED ACTION

STATE OF LOUISIANA

VERSUS

KELLY COCKERHAM

NO. 2022 KW 0751

OCTOBER 12, 2022

---

In Re: Kelly Cockerham, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 111,967.

---

BEFORE: WHIPPLE, C.J., GUIDRY AND ~~HOLDRIDGE~~ WOLFE, JJ.

**WRIT DENIED.**

VGW
EW

**Guidry, J.** dissents. I would grant the writ application and remand the matter to the district court to conduct an evidentiary hearing on relator's claim that trial counsel rendered ineffective assistance of counsel at sentencing. See **State v. Robinson**, 2019-01330 (La. 11/24/20), 304 So.3d 846 (per curiam).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT